IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.
OCT 15 2019
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE MATTER OF THE SEARCH OF )
INFORMATION ASSOCIATED WITH THE )
FOLLOWING ACCOUNT THAT IS )
STORED AT PREMISES CONTROLLED )   Case No. 1:19 mj 91
BY GOOGLE LLC: )
) Filed Under Seal
)
**WALTER.ROBERTS@BRBAPPRAISAL.COM** )
)

## ORDER TO SEAL

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an Order directing that the Affidavit, Application, Search Warrant, Motion to Seal, this Order, any other related filings, and any other order issued pursuant to this matter be sealed immediately, and that same remain sealed until further order of this Court,

**IT IS HEREBY ORDERED** that the above-captioned case be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 15th day of October 2019.

THE HON. W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA