IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 MJ 91

IN THE MATTER OF THE SEARCH OF )
INFORMATION ASSOCIATED WITH )
THE FOLLOWING ACCOUNT THAT IS ) **ORDER**
STORED AT PREMISES CONTROLLED )
BY GOOGLE: )
)
WALTER.ROBERTS@BRBAPPRAISAL.COM )
)

This matter is before the Court on the Government's Amended Motion to Unseal Case 1:19-MJ-91. Doc. 9. For the reasons stated therein, the motion will be allowed.

**IT IS THEREFORE ORDERED THAT:**

1. The Amended Motion to Unseal Case 1:19-MJ-91 (Doc. 9) is **GRANTED** and the clerk is respectfully directed to **UNSEAL** this matter.

2. The Government's Motion to Unseal Search Warrant Application, Affidavit, and Warrant (Doc. 8) is **DENIED AS MOOT.**

3. The Clerk is respectfully directed to certify copies of this Order to the United States Attorney's Office.

Signed: March 23, 2022

W. Carleton Metcalf
United States Magistrate Judge